UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                   CASE NO: 5:24-cr-28-TPB-PRL

STEVEN CABRERA
_____

### ORDER

Pursuant to the Report and Recommendation. (Doc. 27) of the United States Magistrate Judge, the plea of guilty of the defendant to Counts 3, 9 and 10 of the Indictment. is now **ACCEPTED** and the defendant, Steven Cabrera, is **ADJUDGED GUILTY** of such offense.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge Thomas P. Barber, at the Golden-Collum Memorial Federal building and the United States Courthouse, 207 Northwest Second Street, Ocala, Florida 34475, on **November 22, 2024 at 2:00 PM**. **Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes.**

**DONE AND ORDERED** in Ocala, Florida on this 3rd day of September 2024.

                                                                      **TOM BARBER**
                                                                      **UNITED STATES DISTRICT JUDGE**